**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| Idania M. ACOSTA REYNOSO, *et al.,* | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | Case No.:8:26-CV-01314-VMC-NHA |
| | § | |
| | § | |
| U.S. Citizenship and Immigration | § | |
| Services, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND**
**PRELIMINARY INJUNCTION**

Plaintiffs, by and through the undersigned, and pursuant to Rule 65 of the Federal Rules of Civil Procedure (F.R.C.P.), respectfully move this Court to grant immediate injunctive relief, by entering a Temporary Restraining Order (TRO),  and upon notice and a future evidentiary hearing, Plaintiffs further request this Court grant a preliminary injunction, wherein: (i) Defendants are enjoined from imposing their arbitrary, capricious, and unlawful policies, specifically, PM-602-0192, PM-602-0194, and PM- 602-0199, as to the 129 Plaintiffs in this action; and (ii) Defendants are compelled to adjudicate the Plaintiffs' pending Form I-485 and Form I-765 applications, pursuant to the Cuban Adjustment Act (CAA) of 1966, Pub. L. No. 89-732, 80 Stat. 1161 (1966), within 30 days of the Court's order.

On June 12, 2026, the Defendants appealed a grant of vacatur relief in a related case, *Dorcas International Institute of Rhode Island, et al., v. USCIS*, et al., before the District Court for the District of Rhode Island, an action in which two of the policies challenged herein, PM-602-0192 and PM-602-0194, were also at issue. See *Dorcas Int'l Inst. of R.I., et al., v. USCIS, et al.,*

1

No. 1:26-cv-00132, (D.R.I. filed Mar. 5, 2026); see also, *Dorcas Int'l Inst. of R.I. v. United States Citizenship & Immigr. Servs.,* No. 26-1703 (1st Cir. 2026). Furthermore, on June 19, 2026, the Government filed a stay with the District Court for the District of Rhode Island pending their appeal before the First Circuit Court of Appeals. See Defendants' Motion for Stay Pending Appeal, ECF No. 46, *Dorcas Int'l Inst. Of R.I., et al., v. USCIS*, et al., supra. Accordingly, the Plaintiffs submit that the irreparable harm suffered and explained herein is not being mitigated by the vacatur relief granted in *Dorcas v. USCIS*, and that, absent any injunctive relief granted by this Court, the Defendants' arbitrary, capricious, and otherwise unlawful policies, coupled with the unreasonable delay in their adjudication process, will continue to irreparably harm the Plaintiffs and their pending applications for lawful status in the United States.

Respectfully submitted on July 1, 2026,


/s/ Ismael Labrador
Ismael J. Labrador, Esq.

**Attorney for Plaintiffs**

FL Bar No.: 1030508
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | | |
|---|---|---|
| Idania M. ACOSTA REYNOSO, *et al.,* | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | Case No.:8:26-CV-01314-VMC-NHA |
| | § | |
| | § | |
| U.S. Citizenship and Immigration | § | |
| Services, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## <u>VERIFICATION PURSUANT TO FED. R. CIV. P 65 (b)(1)</u>

I am submitting this verification on behalf of Plaintiffs because I am one of Plaintiffs' attorneys. I have discussed with the Plaintiffs the events described in this Motion for Temporary Restraining Order and Preliminary Injunction. Based on those discussions, I hereby verify that the factual statements in the attached Motion for Temporary Restraining Order are true and correct to the best of my knowledge.

Executed on this 1st day of July 2026

/s/ Ismael Labrador____
Ismael J. Labrador, Esq.

***Attorney for Plaintiffs***

FL Bar No.: 1030508
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH MEMORANDUM OF LAW** and any attached pages was served upon the following parties on this 1st day of July 2026 via E-SERVICE (CM/ECF):

**USCIS – c/o Office of the Chief Counsel**
5900 Capital Gateway Drive,
Mail Stop 2120,
Camp Springs, MD 20588-0009

**Joseph B. Edlow – c/o Office of the Chief Counsel**
5900 Capital Gateway Drive,
Mail Stop 2120,
Camp Springs, MD 20588-0009

**U.S. Department of Homeland Security – c/o Office of the General Counsel**
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington, DC 20528-0485

**Markwayne Mullin – c/o Office of the General Counsel**
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington, DC 20528-0485
.

Respectfully submitted,


/s/ Ismael Labrador_____
Ismael J. Labrador, Esq.

***Attorney for Plaintiffs***

FL Bar No.: 1030508
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

4