EXHIBIT A



# Case Status Online

## Card Was Delivered To Me By The Post Office

On January 18, 2025, the Post Office delivered your new card for Receipt Number IOE0929397183, to the address that you gave us. The tracking number assigned is 9205590153708615508395. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.



## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES