# EXHIBIT B

| NAME | EAD Receipt No. (Complaint) | Duplicate EAD Receipt No. |
|---|---|---|
| Adriano Dominguez Gonzalez | IOE0932819582 | IOE9191778550 |
| Alejandro Jose Gonzalez Porto | IOE0933654481 | IOE9862789432 |
| Adrian Perez Nodar | IOE0933651916 | IOE9074274032 |
| Efrain Viamontes Herrera | IOE0932867047 | IOE9893752960 |
| Meylin Vitier Padron | IOE0933070750 | IOE9307399762 |
| Eberto Sedano Herrera | IOE0933580941 | IOE9832125783 |
| Yusnaivis Bidopia Herrera | IOE0933580939 | IOE9815617414 |
| Belkis Garcia Armas | IOE0932497501 | IOE9358748376 |

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On September 3, 2025, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE9191778550. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address

Acosta Reynoso - PI Opposition - Exhibit B - 002



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

# Case Status Online

## Card Was Produced

On October 8, 2025, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE9862789432. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to [www.uscis.gov/addresschange](www.uscis.gov/addresschange) to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.



## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On October 27, 2025, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE9074274032. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On November 28, 2025, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE9893752960. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data

Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On October 17, 2025, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE9307399762. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government [Here's how you know]

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On October 10, 2025, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE9832125783. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** | **Forms** | **Newsroom**

**Citizenship** | **Green Card** | **Laws**

**Tools**

U.S. Citizenship and Immigration Services

## Contact USCIS

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On October 24, 2025, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE9815617414. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On March 2, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE9358748376. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the [Change of Address webpage] to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

## Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

- About USCIS
- Accessibility
- Budget and Performance
- DHS Components
- Freedom of Information Act
- No FEAR Act Data
- Privacy and Legal Disclaimers
- Site Map
- Office of the Inspector General
- The White House
- USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES