# EXHIBIT A

## PLAINTIFFS' APPROVED FORM I-765s

### Plaintiffs with Approved Form I-765s (Post-Litigation)

| Plaintiff | Residence District | Status of Form I-765 | Approval Date | Receipt No. |
|---|---|---|---|---|
| 1. Luis Angel Ortiz Alejo | Middle District | Approved/Card Was Mailed to Plaintiff | August 3, 2026 | IOE0930774723 |
| 2. Isnel Daer Vargas Batista | Middle District | Approved/Card Was Mailed to Plaintiff | July 23, 2026 | IOE0931244675 |
| 3. Marileyvis Rodriguez Garcia | Middle District | Approved/Card Was Mailed to Plaintiff | August 6, 2026 | IOE0931187421 |
| 4. Brunilda Rodriguez Moya | Middle District | Approved/Card Was Mailed to Plaintiff | August 1, 2026 | IOE0931186895 |

### Plaintiffs with Approved Form I-765s (Pre-Litigation)

| Plaintiff | Residence District | I-765 Status | Approval Date | Receipt No. |
|---|---|---|---|---|
| 1. Andy Barreto Davila | Middle District | Approved/Card Was Mailed to Me | June 24, 2024 | IOE0925707149 |
| 2. Hidelberto Ferrer Suarez | Middle District | Approved/Card Was Mailed to Me | July 3, 2024 | MSC2490325521 |
| 3. Roberto Reguiera Vega | Middle District | Approved/ Card Was Delivered to Me By The Post Officer | January 18, 2025 | IOE0929397183 |

**PLAINTIFFS' APPROVED FORM I-765s**

| | | | | |
|---|---|---|---|---|
| 4. Gretel Ramirez Perdomo | Middle District | Approved/Delivered to Me By The Post Officer | July 2, 2024 | MSC2490628401 |
| 5. Maria Celia Perdomo | Middle District | Approved/Card Was Mailed to Me | July 2, 20224 | MSC2490629567 |
| 6. T.M.R. | Middle District | Approved/Card Was Mailed to Me | August 8, 2025 | IOE0931588716 |
| 7. Ilsa Isnelda Guevara Zaldivar | Middle District | Approved/ Card Was Delivered To Me By The Post Office | April 11, 2025 | IOE0931060537 |
| 8. Reinier Norda Villalon | Middle District | Approved/ Card Was Delivered to Me By The Post Office | April 4, 2025 | IOE0930986759 |
| 9. K.A.C.L. | Middle District | Approved/ Card Was Delivered to Me By The Post Office | June 22, 2024 | MSC2490332937 |
| 10. Raulice Ramirez Martinez | Middle District | Approved/ Card Was Delivered to Me By The Post Office | February 24, 2025 | IOE0929896709 |