# EXHIBIT B

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| Plaintiff | Status of Form I-485 | Date of Last Case Status Update | Receipt No. |
|---|---|---|---|
| 1. Jose Daniel Rodriguez Herrera | Interview Was Scheduled | August 11, 2026 | MSC2490842756 |
| 2. Adonys Garcia Rivera | Interview Was Scheduled | August 11, 2026 | MSC2490612892 |
| 3. Yunior Martin Torres | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490678101 |
| 4. Lisandro Jose Espinosa Gobin | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2590387091 |
| 5. Ruben Elisier Ramos Chaviano | USCIS Is Currently Processing the Case | July 12, 2026 | IOE0932700469 |
| 6. Adel Perez Sosa | Interview Was Scheduled | July 14, 2026 | MSC2590152679 |
| 7. Alejandro Jose Gonzalez Porto | USCIS Is Currently Processing the Case | July 12, 2026 | IOE0933654480 |
| 8. Maylin Vitier Padron | USCIS Is currently Processing the Case | July 12, 2026 | IOE0933070749 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | |
|---|---|---|---|
| 9. Lucas Gonzalez Vitier | Case Status Unavailable | August 13, 2026 | IOE0933070751 |
| 10. Hidelberto Ferrer Suarez | Interview Was Scheduled | July 14, 2026 | MSC2490325520 |
| 11. Juan Daniel De Urrutia Martinez | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932245293 |
| 12. Shaili Fuster Gomez | Case Was Updated To Show Fingerprints Were Taken | November 30, 2023 | MSC2490190847 |
| 13. Luis Daniel Valladares Diaz | Case Was Updated To Show Fingerprints Were Taken | November 30, 2023 | MSC2490187109 |
| 14. Luis Angel Ortiz Alejo | Case Was Updated To Show Fingerprints Were Taken | February 4, 2025 | MSC2590263743 |
| 15. Arelys Vivero Pompa | Interview Was Scheduled | August 11, 2026 | MSC2590202020 |
| 16. Andres Fernandez Romay | Interview Was Scheduled | August 11, 2026 | MSC2590202019 |
| 17. Gretel Ramirez Perdomo | Case Was Updated To Show | July 15, 2026 | MSC2490628400 |

CURRENT STATUS OF PLAINTIFFS' FORM I-485s

| | | | |
|---|---|---|---|
| | Fingerprints Were Taken | | |
| 18. Maria Celia Perdomo Soto | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490629566 |
| 19. Dayron Omar Penate Perez | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590246071 |
| 20. Brian Ernesto Rodriguez Morales | USCIS Is currently Processing the Case | July 11, 2026 | IOE0932841036 |
| 21. Isnel Daer Vargas Batista | USCIS Is currently Processing the Case | July 11, 2026 | IOE0931244674 |
| 22. Reynier Gonzalez Lion | Case Was Updated To Show Fingerprints Were Taken | December 31, 2024 | MSC2590146781 |
| 23. Amanda Rodriguez Riveron | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590317084 |
| 24. Jesus Javier Rodriguez Cabrera | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590317085 |

## CURRENT STATUS OF PLAINTIFFS' FORM I-485s

| | | | |
|---|---|---|---|
| 25. Yilena Fuentes Calvi | Interview Was Scheduled | August 11, 2026 | MSC2490733940 |
| 26. Marileyvis Rodriguez Garcia | USCIS Is currently Processing the Case | July 14, 2026 | IOE0931187420 |
| 27. Brunilda Rodriguez Moya | Case Status Unavailable | August 13, 2026 | IOE0931186894 |
| 28. Merylin Andres Becerra | Case Was Updated To Show Fingerprints Were Taken | July 15, 2026 | MSC2490735586 |
| 29. Maikel Miguel Berlanga Martinez | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490447897 |
| 30. Andy Barreto Davila | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2390419715 |
| 31. Carlos Gonzalez Tan | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490806210 |
| 32. Idania Maria Acosta Reynoso | USCIS Is currently Processing the Case | July 12, 2026 | IOE0931414859 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | |
|---|---|---|---|
| 33. Adel Jomarron Moreira | USCIS Is currently Processing the Case | July 12, 2026 | IOE0931414857 |
| 34. Bety Alonso Falcon | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590234412 |
| 35. A.M.F.A. | Case Was Received | December 20, 2024 | MSC2590234411 |
| 36. Isbel Sanchez Diaz | Case Was Updated To Show Fingerprints Were Taken | July 14, 2026 | MSC2590185325 |
| 37. Jesus Gerardo Alvarez | Response To USCIS' Request For Evidence Was Received | February 25, 2025 | MSC2590248604 |
| 38. Efrain Viamontes Herrera | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932252943 |
| 39. Nitza Rojas Zuniga | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933056963 |
| 40. Lazaro Diosvany Olivera Dopico | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490451674 |

## CURRENT STATUS OF PLAINTIFFS' FORM I-485s

| | | | |
|---|---|---|---|
| 41. Irina Castellanos Lemes | USCIS Is currently Processing the Case | July 11, 2026 | IOE0931140176 |
| 42. Elisabet Villazon Delgado | USCIS Is currently Processing the Case | July 12, 2026 | IOE0930719525 |
| 43. Adrian Perez Nodar | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933651915 |
| 44. Yordanka Cabrera Gonzalez | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933651913 |
| 45. Dennis Lucas Guzman | Interview Was Scheduled | July 14, 2026 | MSC2590152322 |
| 46. Pedro Luis Silva Hermosa | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933245954 |
| 47. Maylen Barcenas Guerrero | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2590234387 |
| 48. Yoania Acosta Cintado | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932036732 |
| 49. Luis Miguel Alvarez Ramos | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932036734 |
| 50. Nayla Tamara Grinan Leyva | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933860999 |

## CURRENT STATUS OF PLAINTIFFS' FORM I-485s

| | | | |
|---|---|---|---|
| 51. Doanny Martinez Diaz | Case Was Updated To Show Fingerprints Were Taken | July 15, 2026 | MSC2590371820 |
| 52. Dalia Rosa Dalmau Lemus | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2590371821 |
| 53. Carlos Alberto Hernandez Bernal | Interview Was Scheduled | August 11, 2026 | MSC2590245427 |
| 54. Edrey Catala Defaus | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590187367 |
| 55. Yanetsy Diaz Mesa | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590313916 |
| 56. C.C.D. | Fees Were Waived | January 27, 2025 | MSC2590338890 |
| 57. C.C.D. | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2590338889 |
| 58. Octavio Eudines Gonzalez Lores | Interview Was Scheduled | August 5, 2026 | MSC2490341210 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | |
|---|---|---|---|
| 59. Eduardo Lago Clemente | USCIS Is currently Processing the Case | July 14, 2026 | IOE0931407681 |
| 60. Adalberto Lago Boscoso | Interview Was Scheduled | July 14, 2026 | MSC2590026201 |
| 61. Minerva Boscoso Martinez | Interview Was Scheduled | July 14, 2026 | MSC2590026202 |
| 62. Ocleivy Frankis Machado | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932993361 |
| 63. Abeniley Manso Napoles | USCIS Is currently Processing the Case | July 12, 2026 | IOE0931781011 |
| 64. Yakelin Rondan Valdez | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590303099 |
| 65. Junior Portales Lopez | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590121199 |
| 66. Luis Daniel Nunez Linares | Correspondence Was Received And USCIS Is Reviewing It | October 29, 2025 | MSC2590347967 |
| 67. Orlando Flores Vazquez | Interview Was Scheduled | July 14, 2026 | MSC2490421868 |

## CURRENT STATUS OF PLAINTIFFS' FORM I-485s

| | | | |
|---|---|---|---|
| 68. Rafael Reynaldo Martinez Cabrera | USCIS Is currently Processing the Case | July 12, 2026 | IOE0931581172 |
| 69. Erineisy Romero Matos | USCIS Is currently Processing the Case | July 13, 2026 | IOE0931588717 |
| 70. T.M.R. | Case Status Unavailable | August 13, 2026 | IOE0931588715 |
| 71. Adalberto Gonzalez Enamorado | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933254215 |
| 72. Roxana Espinosa Sanchez | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490677668 |
| 73. Maritza Jardines Rodriguez | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590384454 |
| 74. Maikel Jordan Gonzalez Quintero | USCIS Is currently Processing the Case | July 12, 2026 | IOE0930968320 |
| 75. Alejandro Morales Perez | USCIS Is currently Processing the Case | July 12, 2026 | IOE0931127696 |
| 76. Armando Palacio Duran | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932125831 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | |
|---|---|---|---|
| 77. Roberto Reguiera Vega | Interview Was Scheduled | July 14, 2026 | MSC2490267302 |
| 78. Bryan Ortiz Arencibia | USCIS Is currently Processing the Case | July 13, 2026 | IOE0931526620 |
| 79. Yaneisy Bernal Hernandez | Interview Was Scheduled | August 11, 2026 | MSC2490948813 |
| 80. Alexander Ulloa Morell | Interview Was Scheduled | August 11, 2026 | MSC2490948814 |
| 81. Indira Brocar Espinosa | USCIS Is currently Processing the Case | July 12, 2026 | IOE0931464602 |
| 82. Yohander Mir Viamontes | USCIS Is currently Processing the Case | July 14, 2026 | IOE0931464603 |
| 83. Ander Anache Campos | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590299076 |
| 84. Danay Ojeda Yerbilla | Case Was Updated To Show Fingerprints Were Taken | July 14, 2026 | MSC2491002392 |
| 85. M.A.O. | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2491002391 |

## CURRENT STATUS OF PLAINTIFFS' FORM I-485s

| | | | |
|---|---|---|---|
| 86. Luis Miguel Rodriguez Rocha | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932036734 |
| 87. Yadian Cabrera Alvarez | Duplicate Notice Was Mailed | July 28, 2026 | MSC2490186547 |
| 88. Pedro Jesus Rodriguez Rocha | Case Was Updated To Show Fingerprints Were Taken | February 21, 2025 | MSC2590304466 |
| 89. Elso Jairon Echemendia Roque | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590256061 |
| 90. Emilio Gonzalez Valdivia | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933154229 |
| 91. Marcel Mendez Farinas | Case Was Updated To Show Fingerprints Were Taken | July 14, 2026 | MSC2590365564 |
| 92. Eberto Sedano Herrera | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933580940 |
| 93. Yusnaivi Bidopia Herrera | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933580938 |
| 94. A.S.B. | Case Status Unavailable | August 13, 2026 | IOE0933582260 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | |
|---|---|---|---|
| 95. Maikel Aleman Martinez | Interview Was Scheduled | August 11, 2026 | MSC2491008034 |
| 96. D.H.P. | Interview Was Scheduled | August 11, 2026 | MSC2491008035 |
| 97. Juan Carlos Garcia Garcia | USCIS Is currently Processing the Case | July 11, 2026 | IOE0933165913 |
| 98. A.G.M. | Fees Were Waived | February 19, 2025 | MSC2590399434 |
| 99. A.G.M. | Fees Were Waived | February 19, 2025 | MSC2590399438 |
| 100. Odaymis Marquez Caseres | Case Was Updated To Show Fingerprints Were Taken | July 14, 2026 | MSC2590399436 |
| 101. Pedro Alfredo Collazo Cruz | Interview Cancelled And Notice Ordered | August 8, 2026 | MSC2490985534 |
| 102. Marta Maria Acosta Soroa | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2490985502 |
| 103. Richard Mesa Tur | Case Was Updated To Show Fingerprints Were Tak | July 13, 2026 | MSC2490744398 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | |
|---|---|---|---|
| 104. Javier Otero Gomez | USCIS Is currently Processing the Case | July 12, 2026 | IOE0930804868 |
| 105. Liban Otero Gomez | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | IOE0930804870 |
| 106. Lilian Beatriz Samuel Palacio | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490855452 |
| 107. Liset Diaz Gonzalez | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2590148286 |
| 108. Yoel Estevez Garcia | Case Was Updated To Show Fingerprints Were Taken | July 15, 2026 | MSC2490679019 |
| 109. Yordan Suarez Sosa | Interview Was Scheduled | July 14, 2026 | MSC2590267596 |
| 110. Yosley Moya Perez | Case is Ready to Be Scheduled for An Interview | August 11, 2026 | MSC2491044722 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | |
|---|---|---|---|
| 111. Miguel Antonio Gomez Wittemberg | Interview Was Scheduled | July 14, 2026 | MSC2590233459 |
| 112. Ahmed Arminan Rivero | Case Was Updated To Show Fingerprints Were Taken | July 12, 2026 | MSC2490970403 |
| 113. Ana Lucia Barzaga Hurtado | Interview Was Scheduled | August 5, 2026 | MSC2490500066 |
| 114. Richard Ochoa Palomino | Interview Was Scheduled | July 14, 2026 | MSC2490780393 |
| 115. Roberto Carlos Cabezas Medell | Interview Was Scheduled | July 14, 2026 | MSC2590111664 |
| 116. Reynier Fernandez Begue | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932678129 |
| 117. Alisson De La Caridad Garcia Hurtado | USCIS Is currently Processing the Case | July 13, 2026 | IOE0933296023 |
| 118. Lazaro Damian Vilches Cabrera | USCIS Is currently Processing the Case | July 13, 2026 | IOE0933300119 |
| 119. Wendy Hernandez Salazar | Case Was Updated To Show Fingerprints Were Taken | July 15, 2026 | MSC2490819074 |
| 120. Juliet Borges Cabrera | USCIS Is currently Processing the Case | July 13, 2026 | IOE0930984856 |

## CURRENT STATUS OF PLAINTIFFS' FORM I-485s

| | | | |
|---|---|---|---|
| 121. Yuri Amaro Martin | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490805158 |
| 122. I.A.B. | USCIS Is currently Processing the Case | April 14, 2025 | IOE0930984857 |
| 123. Lazara Rizo Perez | Case Was Updated To Show Fingerprints Were Taken | July 14, 2026 | MSC2590015959 |
| 124. Anaisis Gonzalez Reyes | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932703300 |
| 125. Rafael Correosa Hernandez | USCIS Is currently Processing the Case | July 11, 2026 | IOE0932703302 |
| 126. Belkis Garcia Armas | USCIS Is currently Processing the Case | July 13, 2026 | IOE0932497500 |
| 127. Adrian Perez Borges | USCIS Is currently Processing the Case | July 12, 2026 | IOE0931528530 |
| 128. Adalberto Jesus Gaston Limonta | USCIS Is currently Processing the Case | July 11, 2026 | IOE0931537179 |
| 129. Claudia Cecilia Valdivia Escalona | USCIS Is currently Processing the Case | July 12, 2026 | IOE0932100189 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | | |
|---|---|---|---|---|
| 130. | Juan Luis Almeida Ros | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2590039125 |
| 131. | K. A. C. L. | Fees Were Waived | December 15, 2023 | MSC2490332936 |
| 132. | Maidelys Linet Fernandez Viera | Interview Was Scheduled | August 11, 2026 | MSC2491010411 |
| 133. | I. R. B. | USCIS Is currently Processing the Case | April 14, 2025 | IOE0930984858 |
| 134. | Adriano Domimguez Gonzalez | Case Was Updated To Show Fingerprints Were Taken | September 8, 2023 | MSC2390735279 |
| 135. | Carlos Manuel Cedeno Fuentes | Case Was Updated To Show Fingerprints Were Taken | February 10, 2025 | MSC2590282045 |
| 136. | Yolange Pupo Perez | Case Was Updated To Show Fingerprints Were Taken | February 20, 2025 | MSC2590288089 |
| 137. | Reinier Noda Villalon | USCIS Is currently Processing the Case | December 2, 2025 | IOE0930986758 |
| 138. | Ilsa Isnelda Guevara Zaldivar | USCIS Is Currently Processing the Case | July 11, 2026 | IOE0931060536 |

**CURRENT STATUS OF PLAINTIFFS' FORM I-485s**

| | | | | |
|---|---|---|---|---|
| 139. | Yasunay Leon Alvarez | Case Was Updated To Show Fingerprints Were Taken | January 12, 2024 | MSC2490332934 |
| 140. | Sherlyn Carballo Leon | Case Was Updated To Show Fingerprints Were Taken | January 11, 2024 | MSC2490332938 |
| 141. | Raulice Ramirez Martinez | Notice Was Returned To USCIS Because The Post Office Could Not Deliver It | February 23, 2024 | MSC2490286740 |
| 142. | Sara Carolina Guerra Fernandez | Case Was Updated To Show Fingerprints Were Taken | July 13, 2026 | MSC2490967860 |
| 143. | Yanet Aguilera Sarda | Notice Was Returned To USCIS Because The Post Office Could Not Deliver It | March 20, 2024 | MSC2490365369 |