# EXHIBIT C

# CURRENT DOMICILE FOR PLAINTIFFS

| Plaintiff | Federal District by Domicile | Current Residence | Residence at Time of Filing with USCIS |
|---|---|---|---|
| 1. Jose Daniel Rodriguez Herrera | Middle District of Florida | 4921 Town N Country Blvd, Tampa, FL 33615 | 1310 Loop Rd, Auburndale, FL 33823 |
| 2. Adonys Garcia Rivera | Middle District of Florida | 5909 Lynn Rd, Tampa, FL 33624 | 5909 Lynn Rd, Tampa, FL 33624 |
| 3. Yunior Martin Torres | Middle District of Florida | 4382 Hall and Boree Rd, Middleburg, FL 32068 | 7520 Ridgway Rd, Jacksonville, FL 32244 |
| 4. Lisandro Jose Espinosa Gobin | Middle District of Florida | 5650 25th St Cir E, Brandenton , FL 34203 | 4515 26th St W, Brandenton, FL 34207 |
| 5. Ruben Elisier Ramos Chaviano | Middle District of Florida | 753 Ave D SW, Winter Haven, FL 33880 | 753 Ave D SW, Winter Haven, FL 33880 |
| 6. Adel Perez Sosa | Middle District of Florida | 3801 Tower Rd Apt 204, Tampa, FL 33614 | 7210 N Manhattan Ave Apt 2114, Tampa, FL 33614 |
| 7. Alejandro Jose Gonzalez Porto | Middle District of Florida | 780 Platypus CT, Kissimmee, FL 34759 | 780 Platypus CT, Kissimmee, FL 34759 |
| 8. Maylin Vitier Padron | Middle District of Florida | 780 Platypus CT, Kissimmee, FL 34759 | 780 Platypus CT, Kissimmee, FL 34759 |
| 9. Lucas Gonzalez Vitier | Middle District of Florida | 780 Platypus CT, Kissimmee, FL 34759 | 780 Platypus CT, Kissimmee, FL 34759 |
| 10. Hidelberto Ferrer Suarez | Middle District of Florida | 5325 Woodridge Ln, Spring Hill, FL 34609 | 4900 N Macdill Ave Apt B4, Tampa, FL 33614 |
| 11. Juan Daniel De Urrutia Martinez | Middle District of Florida | 6356 Brandt St, Cocoa, FL 32927 | 6356 Brandt St, Cocoa, FL 32927 |
| 12. Shaili Fuster Gomez | Middle District of Florida | 13805 4th St, Fort Myers, FL 33905 | 13805 4th St, Fort Myers, FL 33905 |
| 13. Luis Daniel Valladares Diaz | Middle District of Florida | 13805 4th St, Fort Myers, FL 33905 | 13805 4th St, Fort Myers, FL 33905 |
| 14. Luis Angel Ortiz Alejo | Middle District of Florida | 3909 4th St W, Lehigh Acres, FL 33971 | 5500 Devonbriar Way Apt 105G, Orlando, FL 32822 |
| 15. Arelys Vivero Pompa | Middle District of Florida | 1109 W Patterson St, Tampa, FL 33604 | 1109 W Patterson St, Tampa, FL 33604 |

**CURRENT DOMICILE FOR PLAINTIFFS**

| | | | |
|---|---|---|---|
| 16. Andres Fernandez Romay | Middle District of Florida | 1109 W Patterson St, Tampa, FL 33604 | 1109 W Patterson St, Tampa, FL 33604 |
| 17. Gretel Ramirez Perdomo | Middle District of Florida | 3130 Domain Cir Apt 302, Kissimmee, FL 34747 | 3104 Domain Cir, Apt 302, Kissimmee, FL 34747 |
| 18. Maria Celia Perdomo Soto | Middle District of Florida | 3130 Domain Cir Apt 302, Kissimmee, FL 34747 | 3104 Domain Cir, Apt 302, Kissimmee, FL 34747 |
| 19. Dayron Omar Penate Perez | Middle District of Florida | 1322 Richmar St, North Port, FL 34288 | 4021 Fontana Pl, Valrico, FL 33596 |
| 20. Brian Ernesto Rodriguez Morales | Middle District of Florida | 3730 NE 16th Pl, Cape Coral, FL 33909 | 3730 NE 16th Pl, Cape Coral, FL 33909 |
| 21. Isnel Daer Vargas Batista | Middle District of Florida | 3415 Windsor Court Apt. 123, Tampa, FL 33614 | 3415 Windsor Court Apt. 123, Tampa, FL 33614 |
| 22. Reynier Gonzalez Lion | Middle District of Florida | 1901 Cottage Ave SW, Live Oak, FL 32064 | 1901 Cottage Ave SW, Live Oak, FL 32064 |
| 23. Amanda Rodriguez Riveron | Middle District of Florida | 812 Fig Tree Lane, Brandon, FL 33511 | 812 Fig Tree Lane, Brandon, FL 33511 |
| 24. Jesus Jose Rodriguez Cabrera | Middle District of Florida | 812 Fig Tree Lane, Brandon, FL 33511 | 812 Fig Tree Lane, Brandon, FL 33511 |
| 25. Yilena Fuentes Calvi | Middle District of Florida | 8823 Crestview Dr, Tampa, FL 33604 | 8823 Crestview Dr, Tampa, FL 33604 |
| 26. Marileyvis Rodriguez Garcia | Middle District of Florida | 4388 Sun Center Rd, Mulberry, FL 33860 | 4388 Sun Center Rd, Mulberry, FL 33860 |
| 27. Brunilda Rodriguez Moya | Middle District of Florida | 4388 Sun Center Rd, Mulberry, FL 33860 | 4388 Sun Center Rd, Mulberry, FL 33860 |
| 28. Merylin Andres Becerra | Middle District of Florida | 1328 Clements Rd, Jacksonville, FL 32211 | 1328 Clements Rd, Jacksonville, FL 32211 |
| 29. Maikel Miguel Berlanga Martinez | Middle District of Florida | 1624 SW 18 Ln, Cape Coral, FL 33991 | 1014 SE 9th Ct, Apt B, Cape Coral, FL 33990 |
| 30. Andy Barreto Davila | Middle District of Florida | 2317 Fern Cir, Tampa, FL 33604 | 2317 Fern Cir, Tampa, FL 33604 |

## CURRENT DOMICILE FOR PLAINTIFFS

| | | | |
|---|---|---|---|
| 31. Carlos Gonzalez Tan | Middle District of Florida | 3130 Champion Ring Rd, Fort Myers, FL 33905 | 10661 Jactree CT, Lehigh Acres, FL 33936 |
| 32. Idania Maria Acosta Reynoso | Middle District of Florida | 5618 Louis XIV Ct Apt. C, Tampa, FL 33614 | 5618 Louis XIV Ct Apt. C, Tampa, FL 33614 |
| 33. Adel Jomarron Moreira | Middle District of Florida | 5618 Louis XIV Ct Apt. C, Tampa, FL 33614 | 5618 Louis XIV Ct Apt. C, Tampa, FL 33614 |
| 34. Bety Alonso Falcon | Middle District of Florida | 1505 Everglades Blvd N, Naples, FL 34120 | 1505 Everglades Blvd N, Naples, FL 34120 |
| 35. A.M.F.A. | Middle District of Florida | 1505 Everglades Blvd N, Naples, FL 34120 | 1505 Everglades Blvd N, Naples, FL 34120 |
| 36. Isbel Sanchez Diaz | Middle District of Florida | 292 Bellina Dr Naples Apt. 5, Naples, FL 34104 | 2321 17th St NW, Naples, FL 34117 |
| 37. Jesus Gerardo Alvarez | Middle District of Florida | 5827 Danube Way, Orlando, FL 32807 | 5827 Danube Way, Orlando, FL 32807 |
| 38. Efrain Viamontes Herrera | Middle District of Florida | 410 11th St NW, Naples, FL 34120 | 11096 Windsong Cir Apt 103, Naples, FL 34109 |
| 39. Nitza Rojas Zuniga | Middle District of Florida | 4523 W Burke St, Tampa, FL 33614 | 4523 W Burke St, Tampa, FL 33614 |
| 40. Lazaro Diosvany Olivera Dopico | Middle District of Florida | 6 Cedar Pl, Ocala, FL 34472 | 2028 Fort King ST, Ocala, FL 34471 |
| 41. Irina Castellanos Lemes | Middle District of Florida | 1747 Douglas Ave, Kissimmee, FL 34758 | 1747 Douglas Ave, Kissimmee, FL 34758 |
| 42. Elisabet Villazon Delgado | Middle District of Florida | 115 12th Ave NE Apt 608, Saint Petersburg, FL 33716 | 115 12th Ave NE Apt 608, Saint Petersburg, FL 33716 |
| 43. Adrian Perez Nodar | Middle District of Florida | 3301 58th Ave N Lot 429, Saint Petersburg, FL 33714 | 3301 58th Ave N Lot 429, Saint Petersburg, FL 33714 |
| 44. Yordanka Cabrera Gonzalez | Middle District of Florida | 3301 58th Ave N Lot 429, Saint Petersburg, FL 33714 | 3301 58th Ave N Lot 429, Saint Petersburg, FL 33714 |
| 45. Dennis Lucas Guzman | Middle District of Florida | 7902 Pat Blvd, Tampa, FL 33615 | 7902 Pat Blvd, Tampa, FL 33615 |

## CURRENT DOMICILE FOR PLAINTIFFS

| | | | |
|---|---|---|---|
| 46. Pedro Luis Silva Hermosa | Middle District of Florida | 9226 Tudor Dr, Tampa, FL 23615 | 9226 Tudor Dr, Tampa, FL 23615 |
| 47. Maylen Barcenas Guerrero | Middle District of Florida | 14446 CR 751, Webster, FL 33597 | 14446 CR 751, Webster, FL 33597 |
| 48. Yoania Acosta Cintado | Middle District of Florida | 10634 Farm Hill Ave, Land O Lakes, FL 34638 | 10559 Dustyboot RD, Lan O Lakes, FL 34638 |
| 49. Luis Miguel Alvarez Ramos | Middle District of Florida | 10634 Farm Hill Ave, Land O Lakes, FL 34638 | 10559 Dustyboot RD, Lan O Lakes, FL 34638 |
| 50. Nayla Tamara Grinan Leyva | Middle District of Florida | 614 Egan Dr, Orlando, FL 32822 | 614 Egan Dr, Orlando, FL 32822 |
| 51. Doanny Martinez Diaz | Middle District of Florida | 2207 Pavillion Pl, Brandon, FL 33511 | 2207 Pavillion Pl, Brandon, FL 33511 |
| 52. Dalia Rosa Dalmau Lemus | Middle District of Florida | 2207 Pavillion Pl, Brandon, FL 33511 | 2207 Pavillion Pl, Brandon, FL 33511 |
| 53. Carlos Alberto Hernandez Bernal | Middle District of Florida | 5905 Lynn Rd, Tampa, FL 33624 | 5905 Lynn Rd, Tampa, FL 33624 |
| 54. Edrey Catala Defaus | Middle District of Florida | 2950 Bermuda Ave S, Apopka, FL 32703 | 2950 Bermuda Ave S, Apopka, FL 32703 |
| 55. Yanetsy Diaz Mesa | Middle District of Florida | 2950 Bermuda Ave S, Apopka, FL 32703 | 2950 Bermuda Ave S, Apopka, FL 32703 |
| 56. C.C.D. | Middle District of Florida | 2950 Bermuda Ave S, Apopka, FL 32703 | 2950 Bermuda Ave S, Apopka, FL 32703 |
| 57. C.C.D. | Middle District of Florida | 2950 Bermuda Ave S, Apopka, FL 32703 | 2950 Bermuda Ave S, Apopka, FL 32703 |
| 58. Octavio Eudines Gonzalez Lores | Middle District of Florida | 4615 Busti Dr, Sarasota, FL 34232 | 4615 Busti Dr, Sarasota, FL 34232 |
| 59. Eduardo Lago Clemente | Middle District of Florida | 4606 Harvey Ave, Tampa, FL 33603 | 4606 Harvey Ave, Tampa, FL 33603 |
| 60. Adalberto Lago Boscoso | Middle District of Florida | 4606 Harvey Ave, Tampa, FL 33603 | 4606 Harvey Ave, Tampa, FL 33603 |
| 61. Minerva Boscoso Martinez | Middle District of Florida | 4606 Harvey Ave, Tampa, FL 33603 | 4606 Harvey Ave, Tampa, FL 33603 |

## CURRENT DOMICILE FOR PLAINTIFFS

| | | | |
|---|---|---|---|
| 62. Ocleivy Frankis Machado | Middle District of Florida | 7806 N Cortez St, Tampa, FL 33614 | 4002 W Broad St, Tampa, FL 33614 |
| 63. Abeniley Manso Napoles | Middle District of Florida | 6020 12th Ave W, Brandenton, FL 34209 | 6020 12th Ave W, Brandenton, FL 34209 |
| 64. Yakelin Rondan Valdez | Middle District of Florida | 2526 Wild Pines Lane Apt 721, Naples, FL 34113 | 2526 Wild Pines Lane Apt 721, Naples, FL 34113 |
| 65. Junior Portales Lopez | Middle District of Florida | 10931 Tangora St, Orlando, FL 32825 | 10215 Eastmar Commons Blvd, Orlando, FL 32825 |
| 66. Luis Daniel Nunez Linares | Middle District of Florida | 879 Fruitland Deltona, Orlando, FL 32725 | 879 Fruitland Deltona, Orlando, FL 32725 |
| 67. Orlando Flores Vazquez | Middle District of Florida | 6016 N Grady Ave, Tampa, FL 33614 | 6016 N Grady Ave, Tampa, FL 33614 |
| 68. Rafael Reynaldo Martinez Cabrera | Middle District of Florida | 11823 Cypress Hill Cir, Tampa, FL 33626 | 11823 Cypress Hill Cir, Tampa, FL 33626 |
| 69. Erineisy Romero Matos | Middle District of Florida | 11823 Cypress Hill Cir, Tampa, FL 33626 | 11823 Cypress Hill Cir, Tampa, FL 33626 |
| 70. T.M.R. | Middle District of Florida | 11823 Cypress Hill Cir, Tampa, FL 33626 | 11823 Cypress Hill Cir, Tampa, FL 33626 |
| 71. Adalberto Gonzalez Enamorado | Middle District of Florida | 4209 Orient Rd, Tampa, FL 33610 | 2510 N Felice Ave, Apt B, Tampa, FL 33067 |
| 72. Roxana Espinosa Sanchez | Middle District of Florida | 4382 Hall and Boree Rd, Middleburg, FL 32068 | 7520 Ridgeway Rd N, Jacksonville, FL 32244 |
| 73. Maritza Jardines Rodriguez | Middle District of Florida | 12318 Dawn Vista Dr, Riverview, FL 33578 | 12318 Dawn Vista Dr, Riverview, FL 33578 |
| 74. Maikel Jordan Gonzalez Quintero | Middle District of Florida | 3407 20th Ave Dr W, Brandenton, FL 34205 | 3407 20th Ave Dr W, Brandenton, FL 34205 |
| 75. Alejandro Morales Perez | Middle District of Florida | 12375 Country Day Cir, Fort Myers, FL 33913 | 12375 Country Day Cir, Fort Myers, FL 33913 |
| 76. Armando Palacio Duran | Middle District of Florida | 6824 Chaucer Ln, Orlando, FL 32809 | 6824 Chaucer Ln, Orlando, FL 32809 |
| 77. Roberto Reguiera Vega | Middle District of Florida | 1142 Chelsea Dr, Davenport , FL 33897 | 7631 County Rd 547, Davenport, FL 33837 |

## CURRENT DOMICILE FOR PLAINTIFFS

| | | | |
|---|---|---|---|
| 78. Bryan Ortiz Arencibia | Middle District of Florida | 205 E Penn Dr, Lehigh Acres, FL 33936 | 205 E Penn Dr, Lehigh Acres, FL 33936 |
| 79. Yaneisy Bernal Hernandez | Middle District of Florida | 6811 W Comanche Ave, Tampa, FL, 33634 | 6811 W Comanche Ave, Tampa, FL, 33634 |
| 80. Alexander Ulloa Morell | Middle District of Florida | 6811 W Comanche Ave, Tampa, FL, 33634 | 6811 W Comanche Ave, Tampa, FL, 33634 |
| 81. Indira Brocar Espinosa | Middle District of Florida | 7338 Kauai Loop Apt 6, New Port Richey, FL 34653 | 4401 Plaza Dr, Apt 202, Holiday, FL 34691 |
| 82. Yohander Mir Viamontes | Middle District of Florida | 7338 Kauai Loop Apt 6, New Port Richey, FL 34653 | 4401 Plaza Dr, Apt 202, Holiday, FL 34691 |
| 83. Ander Anache Campos | Middle District of Florida | 6501 N Himes Ave Apt 101, Tampa, FL 33614 | 6501 N Himes Ave Apt 101, Tampa, FL 33614 |
| 84. Danay Ojeda Yerbilla | Middle District of Florida | 4165 Golden Gate Blvd E, Naples, FL 34120 | 3304 Timberwood Cir, Naples, FL 34105 |
| 85. M.A.O. | Middle District of Florida | 4165 Golden Gate Blvd E, Naples, FL 34120 | 3304 Timberwood Cir, Naples, FL 34105 |
| 86. Luis Miguel Rodriguez Rocha | Middle District of Florida | 1618 Citrus Orchard Way, Naples, FL 33594 | 1618 Citrus Orchard Way, Naples, FL 33594 |
| 87. Yadian Cabrera Alvarez | Middle District of Florida | 7121 65th Way N, Pinellas Park, FL 33781 | 4001 49th St N, Saint Petersburg, FL 33709 |
| 88. Pedro Jesus Rodriguez Rocha | Middle District of Florida | 1618 Citrus Orchard Way, Naples, FL 33594 | 1618 Citrus Orchard Way, Naples, FL 33594 |
| 89. Elso Jairom Echemendia Roque | Middle District of Florida | 9018 Grosse Point Cir, Tampa, FL 33635 | 9018 Grosse Point Cir, Tampa, FL 33635 |
| 90. Emilio Gonzalez Valdivia | Middle District of Florida | 4835 Wesch Blvd, Jacksonville, FL 32207 | 4835 Wesch Blvd, Jacksonville, FL 32207 |
| 91. Marcel Mendez Farinas | Middle District of Florida | 7613 E 26th Ave, Tampa, FL 33619 | 7613 E 26th Ave, Tampa, FL 33619 |
| 92. Eberto Sedano Herrera | Middle District of Florida | 1449 SE 14th St, Cape Coral, FL 33990 | 1449 SE 14th St, Cape Coral, FL 33990 |

## CURRENT DOMICILE FOR PLAINTIFFS

| | | | |
|---|---|---|---|
| 93. Yusnaivi Bidopia Herrera | Middle District of Florida | 1449 SE 14th St, Cape Coral, FL 33990 | 1449 SE 14th St, Cape Coral, FL 33990 |
| 94. A.S.B. | Middle District of Florida | 1449 SE 14th St, Cape Coral, FL 33990 | 1449 SE 14th St, Cape Coral, FL 33990 |
| 95. Maikel Aleman Martinez | Middle District of Florida | 122 Loblolly Ct Apt H, Oldsmar, FL 34677 | 6614 N Coolidge Ave, Tampa, FL 33614 |
| 96. D.H.P. | Middle District of Florida | 122 Loblolly Ct Apt H, Oldsmar, FL 34677 | 6614 N Coolidge Ave, Tampa, FL 33614 |
| 97. Juan Carlos Garcia Garcia | Middle District of Florida | 6024 Georgia Ave, New Port Richey, FL 34653 | 8642 Paxton Dr, Port Richey, FL 34668 |
| 98. A.G.M. | Middle District of Florida | 6024 Georgia Ave, New Port Richey, FL 34653 | 8642 Paxton Dr, Port Richey, FL 34668 |
| 99. A.G.M. | Middle District of Florida | 6024 Georgia Ave, New Port Richey, FL 34653 | 8642 Paxton Dr, Port Richey, FL 34668 |
| 100. Odaymis Marquez Caseres | Middle District of Florida | 6024 Georgia Ave, New Port Richey, FL 34653 | 8642 Paxton Dr, Port Richey, FL 34668 |
| 101. Pedro Alfredo Collazo Cruz | Middle District of Florida | 4109 E Linebaugh Ave Apt 208, Tampa, FL 33617 | 4109 E Linebaugh Ave Apt 208, Tampa, FL 33617 |
| 102. Marta Maria Acosta Soroa | Middle District of Florida | 4109 E Linebaugh Ave Apt 208, Tampa, FL 33617 | 4109 E Linebaugh Ave Apt 208, Tampa, FL 33617 |
| 103. Richard Mesa Tur | Middle District of Florida | 3808 Bess Rd, Jacksonville, FL 32277 | 3808 Bess Rd, Jacksonville, FL 32277 |
| 104. Javier Otero Gomez | Middle District of Florida | 3325 Airport Rd N Apt H3, Naples, FL 34105 | 3325 Airport Rd N Apt H3, Naples, FL 34105 |
| 105. Liban Otero Gomez | Middle District of Florida | 3325 Airport Rd N Apt H3, Naples, FL 34105 | 3325 Airport Rd N Apt H3, Naples, FL 34105 |
| 106. Lilian Beatriz Samuel Palacio | Middle District of Florida | 5603 Arundel Dr, Orlando, FL 32808 | 541 Loretta Ave S, Lehigh Acres, FL 33974 |
| 107. Liset Diaz Gonzalez | Middle District of Florida | 2912 Landtree Pl, Orlando, FL 32812 | 2127 NE Juanita Pl, Cape Coral, FL 33909 |

## CURRENT DOMICILE FOR PLAINTIFFS

| | | | |
|---|---|---|---|
| 108. Yoel Estevez Garcia | Middle District of Florida | 17361 Broadway St, Alva, FL 33920 | 17361 Broadway St, Alva, FL 33920 |
| 109. Yordan Suarez Sosa | Middle District of Florida | 3218 53rd Ter N St, Saint Petersburg, FL 33714 | 533 Cagan Park Ave Apt 8, Clermont, FL 34714 |
| 110. Yosley Moya Perez | Middle District of Florida | 808 Providence Trace Cir, Brandon, FL 33511 | 13429 Oklahoma Woods Ct, Orlando, FL 32824 |
| 111. Miguel Antonio Gomez Wittemberg | Middle District of Florida | 5816 11th St E, Brandenton, FL 34203 | 5816 11th St E, Brandenton, FL 34203 |
| 112. Ahmed Arminan Rivero | Middle District of Florida | 16 Poinciana Ln, Palm Coast, FL 32164 | 16 Poinciana Ln, Palm Coast, FL 32164 |
| 113. Ana Lucia Barzaga Hurtado | Middle District of Florida | 409 Alma Dr, Brandon, FL 33510 | 409 Alma Dr, Brandon, FL 33510 |
| 114. Richard Ochoa Palomino | Middle District of Florida | 409 Alma Dr, Brandon, FL 33510 | 409 Alma Dr, Brandon, FL 33510 |
| 115. Roberto Carlos Cabezas Medell | Middle District of Florida | 2803 W Powhatan Ave, Tampa, FL 33614 | 2803 W Powhatan Ave, Tampa, FL 33614 |
| 116. Reynier Fernandez Begue | Middle District of Florida | 4313 NW 34th St, Cape Coral, FL 33993 | 4313 NW 34th St, Cape Coral, FL 33993 |
| 117. Alisson De La Caridad Garcia Hurtado | Middle District of Florida | 2943 Lakeside Commons Dr, Tampa, FL 33613 | 2943 Lakeside Commons Dr, Tampa, FL 33613 |
| 118. Lazaro Damian Vilches Cabrera | Middle District of Florida | 2943 Lakeside Commons Dr, Tampa, FL 33613 | 2943 Lakeside Commons Dr, Tampa, FL 33613 |
| 119. Wendy Hernandez Salazar | Middle District of Florida | 523 SE 36th St, Cape Coral, FL 33904 | 3006 SE 15th Pl, Cape Coral, FL 33904 |
| 120. Juliet Borges Cabrera | Middle District of Florida | 7400 Powers Ave, Jacksonville, FL 32217 | 7400 Powers Ave, Jacksonville, FL 32217 |
| 121. Yuri Amaro Martin | Middle District of Florida | 7400 Powers Ave, Jacksonville, FL 32217 | 7400 Powers Ave, Jacksonville, FL 32217 |
| 122. I.A.B. | Middle District of Florida | 7400 Powers Ave, Jacksonville, FL 32217 | 7400 Powers Ave, Jacksonville, FL 32217 |
| 123. Lazara Rizo Perez | Middle District of Florida | 343 Richland Rd, Lehigh Acres, FL 33936 | 53 Harriet Ave S, Lehigh Acres, FL 33976 |

## CURRENT DOMICILE FOR PLAINTIFFS

| | | | |
|---|---|---|---|
| 124. Anaisis Gonzalez Reyes | Middle District of Florida | 2139 Rouse Lake Rd, Orlando, FL 32817 | 2139 Rouse Lake Rd, Orlando, FL 32817 |
| 125. Rafael Correosa Hernandez | Middle District of Florida | 2139 Rouse Lake Rd, Orlando, FL 32817 | 2139 Rouse Lake Rd, Orlando, FL 32817 |
| 126. Belkis Garcia Armas | Middle District of Florida | 26835 Foamflower Blvd, Wesley Chapel, FL 33544 | 26835 Foamflower Blvd, Wesley Chapel, FL 33544 |
| 127. Adalberto Jesus Gaston Limonta | Southern District of Florida | 5600 NE 4th Ave, Miami, FL 33137 | 6356 Brandt ST, Cocoa, FL 32927 |
| 128. Claudia Cecilia Valdivia Escalona | Southern District of Florida | 14343 SW 136th CT, Miami, FL 33186 | 3660 E Bay Dr, Largo, FL 33771 |
| 129. Juan Luis Almeida Ros | Southern District of Florida | 7901 NW 7th Ave, Miami, FL 33150 | 10210 Casa Palarmo Dr, Apt 4, Riverview, FL 33578 |
| 130. Adrian Perez Borges | Middle District of Florida | 1831 Quebec St, Middleburg, FL 32068 | 1831 Quebec St, Middleburg, FL 32068 |
| 131. K. A. C. L. | Southern District of Texas | 406 Big Shell Ct, Corpus Christi, TX 78418 | 1038 E Hancock Dr, Deltona, FL 32725 |
| 132. Maidelys Linet Fernandez Viera | Middle District of Florida | 5235 Woodridge Ln, Springhill, FL 34609 | 5235 Woodridge Ln, Springhill, FL 34609 |
| 133. I. R. B. | Middle District of Florida | 7400 Powers Ave, Jacksonville, FL 32217 | 7400 Powers Ave, Jacksonville, FL 32217 |
| 134. Adriano Domimguez Gonzalez | Northern District of Indiana | 208 Waterford Ct, Apt A, Lafayette, IN 47905 | 3039 27th Ave N, Saint Petersburg, FL 33713 |
| 135. Carlos Manuel Cedeno Fuentes | Southern District of Alabama | 1300 Schillinger Rd S Lot B38, Mobile, AL 33695 | 3607 141st Ave, Apt B, Largo, FL 33771 |

## CURRENT DOMICILE FOR PLAINTIFFS

| | | | |
|---|---|---|---|
| 136. Yolange Pupo Perez | Southern District of Alabama | 1300 Schillinger Rd S Lot B38, Mobile, AL 33695 | 3607 141st Ave, Apt B, Largo, FL 33771 |
| 137. Reinier Noda Villalon | Southern District of Florida | 2510 SW 27th, Miami, FL 33133 | 24150 Beatrix Blvd, Port Charlotte, FL 33954 |
| 138. Ilsa Guevara Zaldivar | Southern District of Florida | 2510 SW 27th, Miami, FL 33133 | 24150 Beatrix Blvd, Port Charlotte, FL 33954 |
| 139. Yasunay Leon Alvarez | Southern District of Texas | 406 Big Shell Ct, Corpus Christi, TX 78418 | 1038 E Hancock Dr, Deltona, FL 32725 |
| 140. Sherlyn Carballo Leon | Southern District of Texas | 406 Big Shell Ct, Corpus Christi, TX 78418 | 1038 E Hancock Dr, Deltona, FL 32725 |
| 141. Raulice Ramirez Martinez | Southern District of Texas | 3202 Aster Meadow Way, Richmond, TX 77406 | 2023 Sarah Loise DR, Brandon, FL 33510 |
| 142. Sara Carolina Guerra Fernandez | Southern District of Florida | 3736 SW 1st Ave, Miami, FL 33914 | 9818 Bernwood Pl, Apt 101, Fort Myers, FL 33966 |
| 143. Yanet Aguilera Sarda | Western District of Oklahoma | 11001 Brangus Rd, Meeker, OK 74855 | 3622 2nd Ave NE, Naples, FL 34120 |