EXHIBIT A

An official website of the United States government Here's how you know



# Case Status Online

## Approval Case Decision Rendered

On August 12, 2026, we approved your Form I-765, Application for Employment Authorization, Receipt Number IOE0928349150. If you do not receive your notice by September 11, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Approval Case Decision Rendered

On August 13, 2026, we approved your Form I-765, Application for Employment Authorization, Receipt Number IOE0929879214. If you do not receive your notice by September 12, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know



# Case Status Online

## Card Was Delivered To Me By The Post Office

On August 3, 2026, the Post Office delivered your new card for Receipt Number IOE0930774723, to the address that you gave us. The tracking number assigned is 9205590153708660432249. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0930940558. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



### USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Delivered To Me By The Post Office

On August 5, 2026, the Post Office delivered your new card for Receipt Number IOE0931127697, to the address that you gave us. The tracking number assigned is 9205590153708660830168. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



### USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931159304. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Delivered To Me By The Post Office

On August 6, 2026, the Post Office delivered your new card for Receipt Number IOE0931187421, to the address that you gave us. The tracking number assigned is 9205590153708422200505. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



**USCIS Office Locations**

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931320686. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know



# Case Status Online

## Approval Case Decision Rendered

On August 12, 2026, we approved your Form I-765, Application for Employment Authorization, Receipt Number IOE0931414860. If you do not receive your notice by September 11, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Approval Case Decision Rendered

On August 12, 2026, we approved your Form I-765, Application for Employment Authorization, Receipt Number IOE0931513062. If you do not receive your notice by September 11, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship
and Immigration
Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS

Accessibility

Budget and Performance

DHS Components

Freedom of Information Act

No FEAR Act Data

Privacy and Legal Disclaimers

Site Map

Office of the Inspector General

The White House

USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931526621. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931528531. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931581173. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

- About USCIS
- Accessibility
- Budget and Performance
- DHS Components
- Freedom of Information Act
- No FEAR Act Data
- Privacy and Legal Disclaimers
- Site Map
- Office of the Inspector General
- The White House
- USA.gov

An official website of the United States government Here's how you know Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931610310. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931781012. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



### USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics Forms Newsroom

Citizenship Green Card Laws

Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931859168. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

## Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0931867626. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

**Error: Please enter an application receipt number.**

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools



## Change of Address

We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



### USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Approval Case Decision Rendered

On August 12, 2026, we approved your Form I-765, Application for Employment Authorization, Receipt Number IOE0932036733. If you do not receive your notice by September 11, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Approval Case Decision Rendered

On August 12, 2026, we approved your Form I-765, Application for Employment Authorization, Receipt Number IOE0932036735. If you do not receive your notice by September 11, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932100190. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932245294. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932304768. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



**Submit a Case Inquiry**

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics Forms Newsroom

Citizenship Green Card Laws

Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932308955. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932319264. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932329061. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932329062. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



**USCIS Office Locations**

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

## Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932600575. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932678130. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



### USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics**

**Forms**

**Newsroom**

**Citizenship**

**Green Card**

**Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

About USCIS

Accessibility

Budget and Performance

DHS Components

Freedom of Information Act

No FEAR Act Data

Privacy and Legal Disclaimers

Site Map

Office of the Inspector General

The White House

USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932700470. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



**USCIS Office Locations**

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics

Forms

Newsroom

Citizenship

Green Card

Laws

Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS

Accessibility

Budget and Performance

DHS Components

Freedom of Information Act

No FEAR Act Data

Privacy and Legal Disclaimers

Site Map

Office of the Inspector General

The White House

USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Delivered To Me By The Post Office

On August 12, 2026, the Post Office delivered your new card for Receipt Number IOE0932703301, to the address that you gave us. The tracking number assigned is 9205590153708661641459. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Delivered To Me By The Post Office

On August 12, 2026, the Post Office delivered your new card for Receipt Number IOE0932703303, to the address that you gave us. The tracking number assigned is 9205590153708661669873. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932819582. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics Forms Newsroom

Citizenship Green Card Laws

Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932841037. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



**USCIS Office Locations**

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics

Forms

Newsroom

Citizenship

Green Card

Laws

Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932972812. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932974927. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0932993362. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



**USCIS Office Locations**

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

## Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933021828. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the [Change of Address webpage] to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933056964. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the [Change of Address webpage](#) to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

- About USCIS
- Accessibility
- Budget and Performance
- DHS Components
- Freedom of Information Act
- No FEAR Act Data
- Privacy and Legal Disclaimers
- Site Map
- Office of the Inspector General
- The White House
- USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933154230. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



### USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

- About USCIS
- Accessibility
- Budget and Performance
- DHS Components
- Freedom of Information Act
- No FEAR Act Data
- Privacy and Legal Disclaimers
- Site Map
- Office of the Inspector General
- The White House
- USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933165914. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the [Change of Address webpage](#) to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933245955. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933254216. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933296024. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



**USCIS Office Locations**

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Approval Case Decision Rendered

On August 12, 2026, we approved your Form I-765, Application for Employment Authorization, Receipt Number IOE0933580939. If you do not receive your notice by September 11, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



### USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics Forms Newsroom

Citizenship Green Card Laws

Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933580941. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the U.S. Department of Homeland Security

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933651916. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 13, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0933861000. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Delivered To Me By The Post Office

On August 12, 2026, the Post Office delivered your new card for Receipt Number IOE0934720196, to the address that you gave us. The tracking number assigned is 9205590153708661670169. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

An official website of the United States government Here's how you know Español Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Card Was Produced

On August 12, 2026, we produced your new card for your Form I-765, Application for Employment Authorization, Receipt Number IOE0936089513. The tracking number assigned is UNAVAILABLE. You can use your tracking number at www.USPS.com in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

An official website of the United States government Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Denied

On August 10, 2026, we denied your Form I-765, Application for Employment Authorization, Receipt Number IOE9472018822. We sent you a denial notice that explains why we denied your case and your options. Please follow the instructions in the notice. If you do not receive your denial notice by August 25, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools



## Change of Address

We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics
Forms
Newsroom
Citizenship
Green Card
Laws
Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES