EXHIBIT B

An official website of the United States government Here's how you know
Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Approved

On August 17, 2026, we approved your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2490421868. We sent you an approval notice. Please follow the instructions in the notice. If you do not receive your approval notice by September 1, 2026, please go to www.uscis.gov/e-request. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

**Error: Please enter an application receipt number.**

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools



## Change of Address

We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
An official website of the **U.S. Department of Homeland Security**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

# Case Status Online

## Case Was Approved

On August 15, 2026, we approved your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2490186547. We sent you an approval notice. Please follow the instructions in the notice. If you do not receive your approval notice by August 30, 2026, please go to www.uscis.gov/e-request. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

accommodation request, or how to correct an error on your notice.

Visit Page



**USCIS Processing Times Information**

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page



### USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

**Topics** **Forms** **Newsroom**

**Citizenship** **Green Card** **Laws**

**Tools**

U.S. Citizenship and Immigration Services

**Contact USCIS**

USCIS.gov
**An official website of the U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES